# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

_____

No: 25-3024

_____

Lance Shockley

Petitioner - Appellant

v.

Richard Adams, Warden, Eastern Reception and Diagnostic Correctional Center; Heather Cofer, Warden, Potiosi Correctional Center; Myles Strid, Director, Division of Adult Institutions; Trevor Foley, Director, Department of Corrections

Respondents - Appellees

---

Appeal from U.S. District Court for the Eastern District of Missouri - St. Louis
(4:25-cv-01513-SRC)

---

## JUDGMENT

Before SHEPHERD, KELLY and STRAS, Circuit Judges.

This appeal is administratively closed. The motion to proceed in forma pauperis is denied as moot.

The mandate shall issue forthwith.

October 15, 2025

Order Entered at the Direction of the Court:
Clerk, U.S. Court of Appeals, Eighth Circuit.

_____

/s/ Susan E. Bindler