# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 25-3024

Lance Shockley

Appellant

v.

Richard Adams, Warden, Eastern Reception and Diagnostic Correctional Center, et al.

Appellees

------

Appeal from U.S. District Court for the Eastern District of Missouri - St. Louis
(4:25-cv-01513-SRC)

------

**MANDATE**

In accordance with the judgment of October 15, 2025, and pursuant to the provisions of Federal Rule of Appellate Procedure 41(a), the formal mandate is hereby issued in the above-styled matter.

October 15, 2025

Clerk, U.S. Court of Appeals, Eighth Circuit